ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIE DANIEL, | ) |
| Plaintiff, | ) |
| v. | ) CV 310-049 |
| BARBARA E. FOWLER, Deputy Warden of Care and Treatment, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, as Plaintiff has neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the filing fee, this case is **DISMISSED**, without prejudice.

SO ORDERED this 10 day of September, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE